UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin D. Hall

      v.                        Civil No. 08-cv-176-JL

Cheshire County

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 14, 2008.

SO ORDERED.

October 30, 2008

_____
Joseph N. Laplante
United States District Judge

cc:   Kevin D. Hall , Pro se